```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMA S. TORRES AVILA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al., <br><br> Defendant. | Case No. 3:25-cv-07137 RFL <br><br> **STIPULATION TO STAY CASE; [PROPOSED] ORDER** |

Subject to the Court's approval, Plaintiffs and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

1.    United States Citizenship and Immigration Services intends to schedule Plaintiff for an interview on the Form I-730, Petition for Refugee/Asylee Relative, by the week of November 17, 2025.

2.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal Defendant. The Department does not know when funding will be restored by Congress.

3.    The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection

of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys and employees of the United States Attorney's Office are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel is furloughed for the duration of the lapse in appropriations.

5. The parties therefore request a stay of all deadlines in this case until December 29, 2025, or until Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs later.

6. If this stay is granted, counsel for the Defendant will promptly notify the Court as soon as the government shutdown has ended and, if necessary, given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

Dated: October 31, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 31, 2025

/s/ Kevin M. Crabtree
KEVIN M. CRABTREE
Attorney for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:25-cv-07137 RFL                               2

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

This case is hereby STAYED until December 29, 2025, or until Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs later.

Pursuant to stipulation, IT IS SO ORDERED.

Date: **November 4, 2025**

_____
RITA F. LIN
United States District Judge

Stipulation to Stay
C 3:25-cv-07137 RFL             3